UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EVAN PETROS,<br>    Plaintiff,<br><br>-v-<br><br>FMW RRI I LLC,<br>    Defendant. | No. 1:16-cv-63<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

The parties reached an agreement to settle this matter. They submitted a stipulation for approval and entry of a consent decree and for dismissal of the case with prejudice. The Court has approved the stipulation. As required by Rule 58, **JUDGMENT ENTERS.**

**THIS MATTER IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 31, 2016                                           /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                United States District Judge